UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| K-BEECH, INC.,<br><br>          Plaintiff,<br><br>v.<br><br>JOHN DOES 1-22,<br><br>          Defendants. | Civil Action File No: 2:11-cv-15224-NGE-MKM |

# PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF ALL JOHN DOES

**PLEASE TAKE NOTICE,** Plaintiff hereby voluntary dismisses all John Doe Defendants from this action without prejudice, because the period of time for which the Internet Service Providers will keep data records have elapsed.

Consistent herewith, Plaintiff consents to having its case closed for administrative purposes.

This 19th day of March, 2012.

/s/ *John S. Hone*
John S. Hone
Michigan Bar No. P36253
Attorneys for Plaintiff
28411 Northwestern Hwy., Suite 960
Southfield, Michigan 48034
(248) 948-9800
jhone@honelawfirm.com

1

## CERTIFICATE OF SERVICE

I hereby certify that on March 19, 2012 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

/s/ *John S. Hone*
John S. Hone

## CERTIFICATE OF COMPLIANCE

Pursuant to MI R USDCTED LR 5.1(a) I hereby certify that the PLAINTIFFøS NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF ALL JOHN DOES has been prepared using one of the font and point selections approved by the Court in MI R USDCTED LR 5.1(a)(3).  This document was prepared using Times New Roman (14 pt.).

This 19th day of March, 2012.

/s/ *John S. Hone*
John S. Hone
Michigan Bar No. P36253
Attorney for Plaintiff
The Hone Law Firm, P.C.
28411 Northwestern Hwy., Ste. 960
Southfield, Michigan 48034
P: (248) 948-9800
F: (248) 948-9811
*jhone@honelawfirm.com*